**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMEN MARTIROSYAN,<br><br>        Petitioner,<br><br>    v.<br><br>JAMES JANECKA, ETC., ET AL.,<br><br>        Respondents. | No. ED CV 26-2128-DKW(E)<br><br>JUDGMENT |

        IT IS ADJUDGED that Respondents are ordered to release Petitioner from detention immediately, subject to the conditions of his previous supervision.

        DATED: May 7, 2026

_____
Derrick K. Watson
Chief United States District Judge

_____
DERRICK K. WATSON
CHIEF UNITED STATES DISTRICT JUDGE